CHAIA SCHNEIDERMAN, Respondent, *v.* MUTUAL LIFE INSURANCE COMPANY OF NEW YORK, Appellant.*

Supreme Court, Appellate Term, First Department, March 4, 1937.

*Frederick K. Allen* [*Louis W. Dawson* of counsel], for the appellant.

*Lew Feldherr,* for the respondent.

PER CURIAM. As no sufficient evidence was offered by plaintiff to establish the fact that the insured died prior to March 1, 1926, the date the policy lapsed, the defendant's motion to dismiss the complaint should have been granted.

Judgment reversed, with costs, and complaint dismissed, with costs.

All concur. Present — LYDON, HAMMER and FRANKENTHALER, JJ.